BROWN BROS., Inc., Appellant, v. WOOSTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Brown Bros., Incorporated, against

Fred M. Wooster. No opinion. Judgment and order affirmed, with costs.

BRUCE, Respondent, v. SWANSTON, Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by Alexander Bruce against Daniel Swanston. No opinion. Motion granted.